Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2013

Caption:

United States v. Alejandro Guarrido-Juarez

Docket No.: 12 CR 691 (RA)

Hon. Ronnie Abrams (District Court Judge)

Notice is hereby given that Alejandro Guarrido-Juarez appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] Guilty Plea and Sentence (specify)

entered in this action on 5/22/2013 (date)

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction & Sentence [✓]    Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987? Yes [✓]  No [ ]  N/A [ ]

Date of sentence: May 21, 2013   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ] | If yes, provide the following information:

Defendant's Counsel: Thomas F.X. Dunn (CJA)
Counsel's Address: 225 Broadway Suite 1515
New York, New York 10007
Counsel's Phone: 212-941-9940

Assistant U.S. Attorney: Amy Lester
AUSA's Address: One St. Andrews Plaza
New York, N.Y. 10007
AUSA's Phone: 212-637-2416

Signature

CLOSED, APPEAL, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:12–cr–00691–RA All Defendants

| | |
|---|---|
| Case title: USA v. Guarrido–Juarez | Date Filed: 09/11/2012 |
| | Date Terminated: 05/22/2013 |

Assigned to: Judge Ronnie Abrams

**Defendant (1)**

| | | |
|---|---|---|
| **Alejandro Guarrido–Juarez**<br>*TERMINATED: 05/22/2013* | represented by | **Thomas Francis Dunn**<br>Thomas F.X. Dunn<br>225 Broadway, Suite 1515<br>New York, NY 10013<br>(212)941–9940<br>Fax: (866) 531–6558<br>Email: ThomasDunnLaw@aol.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (DISCHARGE OF FIREARM DURING AND IN RELATION TO CRIME OF VIOLENCE)<br>(1) | Imprisonment for a total term of 120 Months. Supervised release for a term of 3 years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Amie Nicole Ely**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>(212)–637–2200 x2214<br>Fax: (212) 637–2390<br>Email: amie.ely@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
| | | **Amy Ruth Lester**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza |

New York, NY 10007  
(212) 637–2416  
Fax: (212) 627–2527  
Email: amy.lester@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2012 | 1 | INDICTMENT FILED as to Alejandro Guarrido–Juarez (1) count(s) 1. (jm) (Entered: 09/12/2012) |
| 09/11/2012 | | Case Designated ECF as to Alejandro Guarrido–Juarez. (jm) (Entered: 09/12/2012) |
| 09/17/2012 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott:Initial Appearance on Bail Disposition Sheet as to Alejandro Guarrido–Juarez held on 9/17/2012. Deft present with atty Tom Dunn (CJA). AUSA Amie Ely present. Detention on consent without prejudice. Next conference set before District Judge on 9/18/12 at 2pm. (jw) (Entered: 09/18/2012) |
| 09/17/2012 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: as to Alejandro Guarrido–Juarez; Pretrial Conference set for 9/18/2012 at 02:00 PM before Judge Ronnie Abrams. (jw) (Entered: 09/18/2012) |
| 09/17/2012 | 3 | CJA 23 Financial Affidavit by Alejandro Guarrido–Juarez. (Signed by Judge Magistrate Judge James L. Cott)Attorney Thomas F.X. Dunn. (jw) (Entered: 09/18/2012) |
| 09/17/2012 | | Attorney update in case as to Alejandro Guarrido–Juarez. Attorney Thomas Francis Dunn for Alejandro Guarrido–Juarez added. (jw) (Entered: 09/18/2012) |
| 09/17/2012 | 4 | CJA 20 as to Alejandro Guarrido–Juarez: Appointment of Attorney Thomas F.X. Dunn for Alejandro Fuarrido–Juarez. (Signed by Magistrate Judge James L. Cott on 9/25/12). The CJA clerk mailed the original to the attorney and sent a copy to the file.(sao) (Entered: 10/01/2012) |
| 09/18/2012 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Pretrial Conference as to Alejandro Guarrido–Juarez held on 9/18/2012. Next status conference scheduled for November 7, 2012 at 2:00p.m. Speedy trial time is excluded in the interest of justice between September 18, 2012 to November 7, 2012. (jbo) (Entered: 09/18/2012) |
| 09/18/2012 | | Minute Entry for proceedings held before Judge Ronnie Abrams: as to Alejandro Guarrido–Juarez, Pretrial Conference set for 11/7/2012 at 02:00 PM before Judge Ronnie Abrams. (jbo) (Entered: 09/18/2012) |
| 11/05/2012 | 5 | ORDER as to Alejandro Guarrido–Juarez.... it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, November 19, 2012, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), in the interests of justice.... It is hereby ORDERED that the date for the next conference in the above–captioned case is November 19, 2012, at 3:00 p.m. (Signed by Judge Ronnie Abrams on 11/5/2012)(bw) (Entered: 11/07/2012) |
| 11/07/2012 | | Set/Reset Hearings as to Alejandro Guarrido–Juarez: Status Conference rescheduled for 11/19/2012 at 03:00 PM in Courtroom 9B, 500 Pearl Street, New York, NY 10007 before Judge Ronnie Abrams. (arc) (Entered: 11/07/2012) |
| 11/15/2012 | 6 | ORDER as to Alejandro Guarrido–Juarez. By letter dated November 14, 2012, defense counsel requests, with the consent of the Government, that the status conference scheduled for November 19, 2012 be rescheduled for December 6, 2012, and consents to the exclusion of time under the Speedy Trial Act.... Accordingly, it is hereby: ORDERED that the conference scheduled for November 19, 2012 at 3:00 p.m. is adjourned and rescheduled for December 6, 2012 at 2:30 p.m. IT IS FURTHER ORDERED that the time from November 19, 2012 to December 6, 2012 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A). SO ORDERED. (Signed by Judge Ronnie Abrams on 11/15/2012)(bw) (Entered: 11/16/2012) |

| | | |
|---|---|---|
| 11/15/2012 | | Terminate Deadlines and Hearings as to Alejandro Guarrido–Juarez: Terminated Pretrial Conference set for 11/19/2012 before Judge Ronnie Abrams. (bw) (Entered: 11/16/2012) |
| 11/19/2012 | 7 | TRANSCRIPT of Proceedings as to Alejandro Guarrido–Juarez re: Arraignment held on 9/18/12 before Judge Ronnie Abrams. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/13/2012. Redacted Transcript Deadline set for 12/26/2012. Release of Transcript Restriction set for 2/22/2013. (Rodriguez, Somari) (Entered: 11/19/2012) |
| 11/19/2012 | 8 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Alejandro Guarrido–Juarez. Notice is hereby given that an official transcript of a Arraignment proceeding held on 9/18/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 11/19/2012) |
| 12/03/2012 | 9 | ENDORSED LETTER as to Alejandro Guarrido–Juarez addressed to Judge Ronnie Abrams from Amie N. Ely and Amy Lester re: Reschedule Conference as to Alejandro Guarrido–Juarez( Status Conference set for 12/21/2012 at 11:30 AM before Judge Ronnie Abrams.) ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT as to Alejandro Guarrido–Juarez. Time excluded from 12/6/12 until 12/21/12...ENDORSEMENT..SO ORDERED. (Signed by Judge Ronnie Abrams on 12/3/2012)(jw) (Entered: 12/04/2012) |
| 12/03/2012 | 10 | ORDER as to Alejandro Guarrido–Juarez. It is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, December 21, 2012, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h) (7) (A), in the interests of justice. It is hereby ORDERED that the date for the next conference in the above–captioned case is December 21, 2012 at 11:30am. (Signed by Judge Ronnie Abrams on 12/3/2012)(jw) (Entered: 12/04/2012) |
| 12/20/2012 | 11 | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT as to Alejandro Guarrido–Juarez.It is hereby ORDERED that the date for the next conference in the above–captioned case is January 7, 2013, at 4:30p.m. It is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, January 7, 2013, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. (Signed by Judge Ronnie Abrams on 12/20/2012)(dnd) (Entered: 12/20/2012) |
| 01/08/2013 | 12 | ORDER as to Alejandro Guarrido–Juarez.... Accordingly, it is hereby: ORDERED that the conference scheduled for January 7, 2013 has been adjourned and rescheduled for January 15, 2013 at 3:00 p.m. IT IS FURTHER ORDERED that the time from January 8, 2013 to January 15, 2013 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A). SO ORDERED. (Signed by Judge Ronnie Abrams on 1/8/2013)(bw) (Entered: 01/08/2013) |
| 01/08/2013 | | Terminate Deadlines and Hearings as to Alejandro Guarrido–Juarez: Terminated Pretrial Conference set for 01/07/2013 4:30 p.m. before Judge Ronnie Abrams. (bw) (Entered: 01/08/2013) |
| 01/15/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Change of Plea Hearing as to Alejandro Guarrido–Juarez held on 1/15/2013. AUSA Arnie Nicole Ely present. Defendant Alejandro Guarrido–Juarez present with attorney Thomas Francis Dunn. Court reporter Steven Greenblum present. Spanish Interpreter Francisco Olivero present. Defendant Alejandro Guarrido–Juarez pleads guilty to Count 1: 18:924C.F Violent Crime/Drugs/Machine Gun (Discharge of Firearm During and in relation to Crime of Violence) (1 ). Sentencing scheduled for April 25. 2013 at 2:30p.m. (jbo) (Entered: 01/15/2013) |

| 01/15/2013 | | Change of Not Guilty Plea to Guilty Plea as to Alejandro Guarrido−Juarez (1) Count 1. (jbo) (Entered: 01/15/2013) |
|---|---|---|
| 01/15/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Plea entered by Alejandro Guarrido−Juarez (1) Guilty as to Count 1. (jbo) (Entered: 01/15/2013) |
| 01/15/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: As to Alejandro Guarrido−Juarez, Sentencing set for 4/25/2013 at 02:30 PM before Judge Ronnie Abrams. (jbo) (Entered: 01/15/2013) |
| 02/04/2013 | | Please be advised that Judge Abrams Courtroom and Chambers have been moved to the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York 10007. Effective immediately, all proceedings before the Court will take place in Courtroom 1506, and the Courts Chambers located in Room 2203, of 40 Foley Square. The Courts other contact information, as set forth in the Courts Individual Rules and Practices, available at http://www.nysd.uscourts.gov/judge/Abrams, remains the same. (arc) (Entered: 02/04/2013) |
| 02/14/2013 | 13 | TRANSCRIPT of Proceedings as to Alejandro Guarrido−Juarez re: Plea held on 1/15/13 before Judge Ronnie Abrams. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/11/2013. Redacted Transcript Deadline set for 3/21/2013. Release of Transcript Restriction set for 5/20/2013. (Rodriguez, Somari) (Entered: 02/14/2013) |
| 02/14/2013 | 14 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Alejandro Guarrido−Juarez. Notice is hereby given that an official transcript of a Plea proceeding held on 1/15/13 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 02/14/2013) |
| 03/23/2013 | 15 | NOTICE of Change of Address as to Alejandro Guarrido−Juarez. New Address: Thomas F. X. Dunn, 225 Broadway, Suite1515, New York, New York, USA 10007, 212−941−9940. (Dunn, Thomas) (Entered: 03/23/2013) |
| 04/19/2013 | 16 | ENDORSED LETTER as to Alejandro Guarrido−Juarez addressed to Judge Ronnie Abrams from Thomas F.X. Dunn dated 4/19/2013 re: Reschedule Sentencing as to Alejandro Guarrido−Juarez(Defendant Replies due by 5/6/2013., Government Responses due by 5/13/2013, Sentencing set for 5/21/2013 at 04:30 PM before Judge Ronnie Abrams.)...ENDORSEMENT..Application granted. Defendant's sentencing submission shall be filed and served by May 6, 2013. The Government's response shall be filed and served by May 13, 2013. The sentencing currently scheduled for April 25, 2013 is rescheduled for May 21, 2013 at 4:30pm. SO ORDERED. (Signed by Judge Ronnie Abrams on 4/19/2013)(jw) (Entered: 04/19/2013) |
| 05/07/2013 | 17 | SENTENCING MEMORANDUM by Alejandro Guarrido−Juarez. (Attachments: # 1 Exhibit Work evaluation)(Dunn, Thomas) (Entered: 05/07/2013) |
| 05/15/2013 | 18 | Letter by USA as to Alejandro Guarrido−Juarez addressed to Judge Ronnie Abrams from Amy Lester and Amie N. Ely dated 5/15/2013 re: The Government respectfully submits this letter in connection with the sentencing of defendant Alejandro Guarrido−Juarez, which is scheduled to take place on May 21, 2013, at 4:30 p.m. While the Government does not intend to file a formal sentencing submission in this matter, we will take the position at sentencing that the defendant should be sentenced to the mandatory term of imprisonment of ten years, for the reasons set forth by the Probation Department in the Presentence Investigation Report (jw) (Entered: 05/16/2013) |
| 05/20/2013 | 19 | SENTENCING MEMORANDUM by Alejandro Guarrido−Juarez. (Attachments: # 1 Exhibit Defendant's letter to the Court)(Dunn, Thomas) (Entered: 05/20/2013) |

| 05/21/2013 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Sentencing held on 5/21/2013 for Alejandro Guarrido–Juarez (1) Count 1. AUSA Amy Ruth Lester present. Defendant Alejandro Guarrido–Juarez present with attorney Thomas Francis Dunn. Court reporter Sonya Ketter present. Spanish Interpreters Francisco Olivero and Cristina Arsuaga present. See Judgment for terms of sentence. (jbo) (Entered: 05/21/2013) |
|---|---|---|
| 05/22/2013 | 20 | FILED JUDGMENT IN A CRIMINAL CASE as to Alejandro Guarrido–Juarez (1), Pleaded guilty to Count(s) 1, Imprisonment for a total term of 120 Months. Supervised release for a term of 3 years. The court makes the following recommendations to the Bureau of Prisons It is recommended that defendant be designated to a facility near or in New York City. Special Assessment of $100 which is due immediately. (Signed by Judge Ronnie Abrams on 5/22/2013)(jw) (Entered: 05/22/2013) |
| 05/22/2013 | | Judgment entered in money judgment book as #13,1097 USM # 65967–054 as to Alejandro Guarrido–Juarez in the amount of $ 100.00, re: 20 Judgment. (jno) (Entered: 05/31/2013) |
| 05/23/2013 | 21 | SEALED DOCUMENT placed in vault. (nm) (Entered: 05/23/2013) |
| 05/29/2013 | 22 | ORDER as to Alejandro Guarrido–Juarez. It is hereby ORDERED that defense counsel Thomas Dunn, Esq. is directed to file a notice of appeal immediately, and in any event no later than June 5, 2013. SO ORDERED (Signed by Judge Ronnie Abrams on 5/29/2013)(jw) (Entered: 05/29/2013) |
| 05/29/2013 | 23 | Letter by Alejandro Guarrido–Juarez addressed to Judge Ronnie Abrams from Alejandro Guarrido–Juarez dated 5/22/2013 re: I hereby respectfully appeal the Judgment of Conviction and Sentence entered on or about May 21, 2013 in reference to the above captioned matter. It is respectfully requested that Appellate Counsel be appointed pursuant to the Criminal Justice Act. Please forward a copy of this appeal to the Clerk. (jw) (Entered: 05/30/2013) |
| 06/03/2013 | 24 | NOTICE OF APPEAL by Alejandro Guarrido–Juarez from 20 Judgment. (Defendant is represented by CJA appointed counsel). (nd) (Entered: 06/03/2013) |
| 06/03/2013 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Alejandro Guarrido–Juarez to US Court of Appeals re: 24 Notice of Appeal – Final Judgment. (nd) (Entered: 06/03/2013) |
| 06/03/2013 | 25 | TRANSCRIPT REQUEST FORM B Filed by Alejandro Guarrido–Juarez for a guilty plea proceeding held on 1/15/2013; a Sentence proceeding held on 5/21/2013 before Judge Ronnie Abrams Transcript due by 6/17/2013. (nd) (Entered: 06/03/2013) |
| 06/03/2013 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Alejandro Guarrido–Juarez re: 13 Transcript,, 1 Indictment, 20 Judgment, 19 Sentencing Memorandum, 25 Appeal Transcript Request, 18 Letter,, 17 Sentencing Memorandum, 9 Endorsed Letter, Set Deadlines/Hearings, Order to Continue – Speedy Trial,,, 7 Transcript,, 5 Order, Set Deadlines/Hearings,, 14 Notice of Filing Transcript,, 11 Order to Continue – Speedy Trial, Set Hearings,, 12 Order, Set Deadlines/Hearings,, 6 Order, Set Deadlines/Hearings,,,, 23 Letter, 24 Notice of Appeal – Final Judgment, 22 Order, Set Deadlines/Hearings,, 10 Order, 16 Endorsed Letter, Set Deadlines/Hearings,,,, 15 Notice of Change of Address, 8 Notice of Filing Transcript,, were transmitted to the U.S. Court of Appeals. (nd) (Entered: 06/03/2013) |